UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CDR-WANTAGH, INC. and CHRISTINE D.
RIVERA, individually and as Trustee for the
benefit of JAMES DELYANIS,                                    ORDER SCHEDULING
                                                              BENCH TRIAL

    -against-                               CV-07-4497 (DRH)

SHELL OIL COMPANY and MOTIVA
ENTERPRISES, LLC
-----------------------------------------------------------X

       IT IS HEREBY ORDERED that should the case not settle at the conference to be held before Magistrate Judge William D. Wall, the **BENCH TRIAL** shall begin on **MONDAY, MARCH 21, 2011 AT 10:00 AM in Courtroom 930 of the U.S. District Court located at 100 Federal Plaza, Central Islip N.Y.**

       Counsel are directed to consult Judge Hurley's Individual Practice Rules for non-jury cases.

SO ORDERED.

Dated: Central Islip, New York
      March 1, 2011

                                                                    /s/
                                            Denis R. Hurley
                                            United States District Judge